# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KATRINA DAVIS, | § § | |
| Plaintiff, | § § | **CIVIL ACTION NO. 4:17-CV-70** |
| | § | **JUDGE MAZZANT/JUDGE JOHNSON** |
| v. | § § | |
| RAMBLING OAKS COURTYARD ECC HIGHLAND VILLAGE, LLC, | § § § | |
| Defendant. | § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 29, 2017, the report of the Magistrate Judge (Dkt. #28) was entered containing proposed findings of fact and recommendations that the parties' Agreed Motion for the Dismissal of All Claims with Prejudice (Dkt. #27) should be **GRANTED**.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, the parties' Agreed Motion for the Dismissal of All Claims with Prejudice (Dkt. #27) is **GRANTED**.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that this entire action, and all of the claims asserted therein, be **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this 17th day of January, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE